**Order entered December 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00024-CV

**CHRISTINA THOMAS, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-01809-2021**

## ORDER

By this order, we remove the case from submission on January 4, 2023, and set the case for submission to December 22, 2022. *See* TEX. R. APP. P. 2.

/s/    DENNISE GARCIA
        JUSTICE